# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS;** and **DELORES JACKSON, An Individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM A COX ENTERPRISES, INC. d.b.a. SOL TAN OF CORONADO; SOL TAN OF CORONADO; PHYLLIS R. CRUZ TRUST;** And **DOES 1 THROUGH 10, Inclusive**<br><br>Defendants. | Case No.: **06cv2213 BTM (LSP)**<br><br>**ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, Plaintiffs, through their respective attorneys of record that ALL

1                    Case Number: 06cv2213 BTM (LSP)

Document Date: May 25, 2007

1  Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv2213
2  BTM (LSP). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.
3
4  **IT IS SO ORDERED.**
5
6  Dated: June 4, 2007
7                                    HONORABLE BARRY TED MOSKOWITZ
                                  UNITED STATES DISTRICT COURT JUDGE